FILED

09/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0454

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0454

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

GEORGE ISAAC CARLON,

    Defendant and Appellant.

_____

FILED

SEP 17 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Appellant George Isaac Carlon, through counsel, has filed a 60-day motion for extension of time within which to file the opening brief.

    IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 16, 2021, within which to prepare, file, and serve the opening brief.

    No further extensions will be granted.

    DATED this 17 day of September, 2021.

For the Court,

_____
Justice